**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA

    Plaintiff,

v.

ARISTEDES W. ZAVARAS,
ROBERT ALLEN,
CHRIS BARR, and
SUSAN JONES

    Defendant.

---

**MINUTE ORDER**[1]

---

**Plaintiff's First Request For Admissions Directed to Defendant Chris Barr** [#28] filed February 24, 2010, is **STRICKEN**. Under **Fed.R.Civ.P. 5(d)(1)**, requests for admissions and other pre-trial discovery and disclosures "must not be filed until they are used in the proceeding or the court orders filing."

    Dated: February 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.