IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA,

      Plaintiff,

v.

ARISTEDES W. ZAVARAS,
ROBERT ALLEN,
CHRIS BARR, and
SUSAN JONES,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2010.**

    Plaintiff's Motion for Leave to File Amended Complaint [filed April 12, 2010; docket #36] is **denied without prejudice**. Plaintiff's proposed Amended Complaint contains claims that have been dismissed from this case upon initial review by Judge Weinshienk [docket #2].[1] The Plaintiff may re-file his motion and a proposed amended pleading that omits all claims that have been already dismissed in this action.

---

    [1]*See also* Judge Blackburn's order denying Plaintiff's Motion for Reconsideration of Judge Weinshienk's order dismissing the claims. Docket #9.