IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA,

      Plaintiff,

v.

ARISTEDES W. ZAVARAS,
ROBERT ALLEN,
CHRIS BARR, and
SUSAN JONES,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 13, 2010.**

      Plaintiff's Motion to Compel [filed May 12, 2010; docket #42] is construed as a request for clarification of the Scheduling Order in this matter and, as such, is **granted**. The Court typically abides by the presumptive limits for discovery requests set forth in the Federal Rules of Civil Procedure, unless the parties request otherwise. Here, there is no indication that the parties requested other than the presumptive limits. Pursuant to Fed. R. Civ. P. 33(a)(1), "a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts." Therefore, the Plaintiff may serve on each Defendant no more than 25 interrogatories. As there are no presumptive limits on the number of requests for production of documents (Rule 34) and requests for admission (Rule 36), the Court confirms that the Plaintiff and Defendants (each side) may serve no more than 10 requests for production and 25 requests for admission on the opposing side.

      Nothing in this order may be construed as contrary to the deadlines for submission and response to discovery requests established in the operative Scheduling Order and/or the rules of court.