IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS,
ROBERT ALLEN,
CHRIS BARR, and
SUSAN JONES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 13, 2010.**

    Plaintiff's Motion to Compel [filed May 12, 2010; docket #44] is **denied**. The Defendants are correct that discovery requests must be served so as to allow the Defendants to respond before the discovery cutoff. Here, responses to written discovery requests are due to be submitted 30 days after the requests have been served (*see* Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A), 36(a)(3)), and service of such requests are by mail (*see* Fed. R. Civ. P. 6(d)). The current discovery deadline in this case is May 17, 2010; therefore, Plaintiff's written discovery requests must have been served no later than April 14, 2010 absent a request for additional time.