IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS,
ROBERT ALLEN,
CHRIS BARR, and
SUSAN JONES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2010.**

    Plaintiff's Motion for Class Certification [filed August 31, 2010; docket #74] is **denied**. Even if his Complaint had reflected any class allegations, the Plaintiff, who is not represented by counsel in this action, may not represent other *pro se* litigants in federal court, *see* 28 U.S.C. § 1654, and he is not an adequate class representative for a putative class action. *See Fymbo v. State Farm Fire & Cas. Co.,* 213 F.3d 1320, 1321 (10th Cir. 2000); *see also Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975) (*pro se* prisoner plaintiffs may not represent fellow inmates in a class action).