IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA,

    Plaintiff,

v.

CHRIS BARR, and
SUSAN JONES,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 13, 2010.**

    Plaintiff's Motion for Reconsideration [filed September 10, 2010; docket #80] is **denied**. Plaintiff's motion refers to no intervening change in controlling law nor the availability of new evidence. *See Servants of the Paraclete v. Does,* 204 F.3d 1005, 1012 (10th Cir. 2000). Construing the motion liberally, the Court recognizes that Plaintiff may perceive a need to correct clear error or prevent manifest injustice. *Id.* However, the Court finds no error in its September 1, 2010 order; the case may not be certified as a class action without the proper representative, and the Court does not have the power to appoint an attorney without the attorney's consent in a civil case. *Mallard v. United States District Court for the Southern Dist. of Iowa*, 490 U.S. 296, 310 (1989).