IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA,

    Plaintiff,

v.

SUSAN JONES, and
JIM BROWN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2010.**

    Defendants' Motion to Withdraw Motion for Summary Judgment [filed November 19, 2010; docket #112] is **granted**. Defendants' Motion for Summary Judgment [filed August 31, 2010; docket #76] is hereby withdrawn.