**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA,

      Plaintiff,
v.

JIM BROWN, and
SUSAN JONES,

      Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte*. On March 22, 2011, the court entered its **Order Concerning Recommendation of United States Magistrate Judge** [#142], closing this case. Based on the ruling in this order, the following motions are **DENIED** as moot:

(1)    Plaintiff's **Motion For Reconsideration** [#116] filed November 26, 2010;
(2)    Plaintiff's **Motion For Reconsideration** [#125] filed January 19, 2011;
(3)    Plaintiff's **Petition For a Writ of Habeas Corpus Ad Testificandum** [#136] filed March 15, 2011; and
(4)    Plaintiff's **Motion For Subpoena** [#137] filed March 16, 2011.

Dated: March 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.