IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02498-REB-MEH

GIOVANNI LARATTA,

      Plaintiff,

v.

JIM BROWN, and
SUSAN JONES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2011.**

      Plaintiff's Motion for Transcript [filed May 6, 2011; docket #155], in which the Plaintiff requests that the Court "transmit the full record in this case to the Tenth Circuit Court of Appeals," is **denied as moot**. The Court transmitted the record in this case to the appellate court on May 6, 2011. *See* docket #154.